IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EVANSTON INSURANCE COMPANY,

    Plaintiff,

vs.

PRIME TIME HEALTHCARE LLC,

    Defendant.

8:16CV159

**ORDER**

On February 13, 2018, the undersigned held a telephone conference with counsel of record to discuss a discovery dispute that had arisen in this case. During the conference, the parties advised that the discovery dispute had been resolved, with the exception that Defendants disagreed that entries dated 12/28/15, 12/29/15, 12/30/15, 2/2/16, 2/26/16 and 3/22/16 were privileged. Following the conference, Plaintiff was directed to submit the documents at issue to the Court for *in camera* review.[1] Plaintiff submitted the documents as ordered.

The Court has reviewed the materials and concludes that they are, in fact, shielded from discovery by the attorney-client privilege and/or work product doctrine. Therefore, Plaintiff will not be ordered to produce these items.

Dated this 13th day of March, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

---

[1] The discovery dispute originally also involved privilege log entries dated 3/15/16 and 3/17/16. According to Defendants, Plaintiff agreed to provide unredacted copies of these documents subject to an agreement that the production did not constitute a waiver of any privilege or the work product doctrine. The Court does not know whether these documents were ever produced. However, they were not included in the *in camera* production.